31977. LIBERTY LOAN CORPORATION OF POPLAR v. TRAVELERS INDEMNITY COMPANY.
32081. GEORGIA HEART ASSOCIATION, INC. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

PER CURIAM.

After full consideration of these cases, it appears that the application for writ of certiorari was improvidently granted and accordingly is dismissed.

*Dismissed. Nichols, C. J., Undercofler, P. J., Jordan, Ingram, Hall and Hill, JJ., concur.*

ARGUED APRIL 11, 1977 — DECIDED APRIL 21, 1977.

*Greene, Buckley, DeRieux & Jones, John D. Jones, Gregory J. Digel, Daniel A. Angelo, Alfred B. Adams, III,* for appellant (case no. 31977).
*Neely, Freeman & Hawkins, Albert H. Parnell, Alan*

*F. Herman,* for appellee (case no. 31977).

*Greene, Buckley, DeRieux & Jones, Alfred B. Adams, III, Gregory J. Digel,* for appellant (case no. 32081).

*Powell, Goldstein, Frazer & Murphy, Jerry B. Blackstock, James M. Griffin, Freeman & Hawkins, Alan F. Herman,* for appellee (case no. 32081).